U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 21 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LASHANTA WHITE, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Cause No. 4:13-CV-00930 |
| § | |
| ALLIANCE HEALTH NETWORKS, INC. § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT DISMISSING DEFENDANT WITH PREJUDICE

On this _____ day of _____, 2014, the Stipulated Dismissal of Defendant with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), came to be considered by this Court.

Having considered the same, the Court HEREBY ORDERS:

1. The Stipulated Dismissal of Defendant is APPROVED.

2. This action is dismissed with prejudice.

3. The parties shall bear their own costs and attorney's fees.

SIGNED this 21 day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

F:\DOCS\2611\002\PLEADING\2551719.DOC